# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

The Fork Corner SAS

                      Plaintiff,

v.                                                     Case No.: 1:23−cv−16187
                                                          Honorable Charles P. Kocoras

Opinel SAS, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

        MINUTE entry before the Honorable Charles P. Kocoras: Motions to dismiss [19] and [20] are entered. Briefing schedule [18] remains in place. Court will rule by mail. Notices of motion hearing [19−1] and [21−1] are stricken. Memorandum in support [20] was incorrectly filed as a motion. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.